United States District Court
Southern District of Texas

**ENTERED**
April 07, 2017
David J. Bradley, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RECUSAL ORDER | Case Number | CA H-17-0599 |
|---|---|---|
| Style | Steve G. Morgan v. Lakeview Loan Servicing, LLC, et al. | |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. | |

Signed:

Ewing Werlein, Jr.,
United States District Judge

Date: April 5, 2017