UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVE GENE MORGAN, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| FLAGSTAR BANK, FSB; | § | CIVIL NO. 4:17-cv-599 |
| LAKEVIEW LOAN SERVICING, | § | |
| LLC; M&T BANK; AND MORTGAGE | § | |
| ELECTRONIC REGISTRATION | § | |
| SYSTEMS, INC. (A.K.A. "MERS"), | § | |
|     Defendants. | § | |

### PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE TRIAL

Comes now Plaintiff Steve Gene Morgan, filing this unopposed Motion to Continue Trial and in support hereof respectfully shows the Court as follows:

1. Plaintiff and Defendants are engaging in renewed discussions to ultimately resolve the case without the need for a trial. The parties believe that the renewed discussions have a substantial likelihood to result in settlement.

2. Plaintiff and Defendants believe a continuance of the current trial setting of July 2, 2018 at 9:00 a.m. for 4-6 months is in the best interest of the parties.

3. Plaintiff and Defendants are requesting this continuance not for the purposes of delay but so justice may be served.

[1]

WHEREFORE, the parties pray that the Court grant this Unopposed Motion for Continuance, cancel the current trial scheduled for July 2, 2018, re-set the trial and associated deadlines for 4-6 months, and for all other relief the Court deems appropriate.

Respectfully Submitted,

**JEFFREY JACKSON & ASSOCIATES, PLLC**

/s/ Jeffrey C. Jackson
Jeffrey Jackson
Texas Bar No. 24065485
2200 N. Loop West, Ste. 108
Houston, Texas 77018
713.861.8833
713.682.8866 (Fax)
jeff@jjacksonllp.com

**ATTORNEY FOR PLAINTIFF**
**STEVE GENE MORGAN**

## CERTIFICATE OF CONFERENCE

I hereby certify that I communicated with counsel for Defendants and he indicated he is in agreement and unopposed to this motion for continuance.

/s/ Jeffrey C. Jackson
Jeffrey C. Jackson

[2]

## **CERTIFICATE OF SERVICE**

I hereby certify that I submitted the foregoing to the clerk of the United States District Court, Southern District of Texas using the electronic case filing system of the Court, and that I served all counsel of record listed below in accordance with Federal Rule of Civil Procedure 5(b)(2) on June 13, 2018.

**Via CM/ECF**

**MCCARTHY & HOLTHUS, LLP**

Cole D. Patton
1255 West 15th Street, Suite 1060
Plano, TX 75075
cpatton@McCarthyHolthus.com

/s/ Jeffrey C. Jackson
Jeffrey C. Jackson