UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STEVE GENE MORGAN,** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **FLAGSTAR BANK, FSB;** | § | **CIVIL NO. 4:17-cv-599** |
| **LAKEVIEW LOAN SERVICING,** | § | |
| **LLC; M&T BANK; AND MORTGAGE** | § | |
| **ELECTRONIC REGISTRATION** | § | |
| **SYSTEMS, INC. (A.K.A. "MERS"),** | § | |
|     **Defendants.** | § | |

## DESIGNATION OF ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW the law firm of McCarthy & Holthus, LLP, and respectfully provides the Court notice of the following.

    1.    The law firm of McCarthy & Holthus, LLP previously appeared in this matter on behalf of Lakeview Loan Servicing, LLC, M&T Bank; and Mortgage Electronic Registration Systems, Inc. ("Defendants"). Attorney Robert Brandon Hakari of the law firm of McCarthy & Holthus, LLP, shall be designated as lead counsel for Defendants in this matter. Counsel from McCarthy & Holthus, LLP that previously entered an appearance in this matter is no longer associated with the firm, and this notice is intended to facilitate the transition of this matter to counsel designated herein.

2.      The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon Lakeview Loan Servicing, LLC, M&T Bank; and Mortgage Electronic Registration Systems, Inc. in this proceeding.

**DATED June 29 2018**

Respectfully submitted,
**MCCARTHY & HOLTHUS, LLP**

/s/ Brandon Hakari
Yoshie Valadez, TBN / 24091142
Brandon Hakari, TBN / 24107552
1255 West 15th Street, Suite 1060
Plano, Texas 75075
Phone: 214.291.3800
Fax: 214.291.3801
rhakari@mccarthyholthus.com
**ATTORNEY FOR DEFENDANTS
LAKEVIEW LOAN SERVICING, LLC; M&T BANK;
AND MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

I filed the foregoing via the United States District Court, Southern District of Texas' electronic case filing system on June 29 2018. I hereby certify that the foregoing has been served upon the following parties via CM/ECF or Certified Mail, Return Receipt Requested on June 29 2018.

**Via CM/ECF**

**JEFFREY JACKSON & ASSOCIATES, LLP**
Jeffrey Jackson
2200 N. Loop West, Ste. 108
Houston, Texas 77018
713.861.8833
713.682.8866 (Fax)
jeff@jjacksonllp.com
**ATTORNEYS FOR PLAINTIFF**
**STEVE GENE MORGAN**

                                        /s/ Brandon Hakari_____
                                        Brandon Hakari