UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVE GENE MORGAN, | § | |
|  Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| FLAGSTAR BANK, FSB; | § | CIVIL NO. 4:17-cv-599 |
| LAKEVIEW LOAN SERVICING, LLC; | § | |
| M&T BANK; AND MORTGAGE | § | |
| ELECTRONIC REGISTRATION | § | |
| SYSTEMS, INC. (A.K.A. "MERS"), | § | |
|  Defendants. | § | |

## STIPULATED DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

  Plaintiff Steve Gene Morgan and Defendants Lakeview Loan Servicing, LLC; M&T Bank; and Mortgage Electronic Registration Systems, Inc, hereby stipulate to the dismissal of this action without prejudice.  In exchange for Plaintiff dismissing their claims without prejudice, M&T Bank as servicer and attorney in fact for Lakeview Loan Servicing, LLC agrees to review a complete loss mitigation application that is received within 60 days of the dismissal being entered.  The parties agree and understand that neither side is waiving or releasing any claims, defenses, or damages as a part of this agreement.  The parties further agree and understand that there is no guarantee that a loss mitigation application will result in an offer of loss mitigation.

Respectfully Submitted,
**JEFFREY JACKSON & ASSOCIATES, LLP**

/s/ Jeffrey Jackson
Jeffrey Jackson
2200 N. Loop West, Ste. 108
Houston, Texas 77018
713.861.8833
713.682.8866 (Fax)
jeff@jjacksonllp.com
**ATTORNEYS FOR PLAINTIFF
STEVE GENE MORGAN**

**MCCARTHY & HOLTHUS, LLP**

/s/ Brandon Hakari_
Brandon Hakari, TBN / 24107552
E. "Ursula" B. Willie, TBN / 24056540
Thuy Frazier, TBN / 24088129
Yoshie Valadez, TBN / 24091142
1255 West 15th Street, Suite 1060
Plano, Texas 75075
Phone: 214.291.3800
Fax: 214.291.3801
rhakari@mccarthyholthus.com
**ATTORNEY FOR DEFENDANTS
LAKEVIEW LOAN SERVICING, LLC; M&T BANK;
AND MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.**

## **CERTIFICATE OF SERVICE**

I filed the foregoing via the United States District Court, Southern District of Texas' electronic case filing system on October 17 2018. I hereby certify that the foregoing has been served upon the following parties via CM/ECF or Certified Mail, Return Receipt Requested on October 17 2018.

**Via CM/ECF**

Jeffrey Jackson
**JEFFREY JACKSON & ASSOCIATES, LLP**
2200 N. Loop West, Ste. 108
Houston, Texas 77018
713.861.8833
713.682.8866 (Fax)
jeff@jjacksonllp.com
**ATTORNEYS FOR PLAINTIFF**
**STEVE GENE MORGAN**

/s/ Brandon Hakari_____
Brandon Hakari